IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO.: 8:22 – 704 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| vs. | ) | 18 U.S.C. § 923(a) |
| | ) | 18 U.S.C. § 924(a)(1)(D) |
| | ) | 18 U.S.C. § 924(d)(1) |
| ROBERT ADAM JOLLEY | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| | ) | |
| | ) | **INDICTMENT** |

**RECEIVED**

**AUG 09 2022**

U.S. DISTRICT COURT
GREENVILLE, S.C.

## COUNT 1
*(Engaging in the business of dealing in firearms without a license)*

**THE GRAND JURY CHARGES:**

That beginning at a time unknown to the grand jury, but beginning at least in or around January 2017, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the Defendant, **ROBERT ADAM JOLLEY**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

**FORFEITURE**

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(a)(1)(A), as charged in this Indictment, the Defendant, **ROBERT ADAM JOLLEY**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)     any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)     involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    Firearms:

        (1)     Ruger, model Redhawk, .357 caliber revolver
              Serial Number: 504-03080

        (2)     Pioneer Arms Corporation (Radom, Poland) rifle
              Serial Number: MA03225P

        (3)     Ruger, model SPR Redhawk, revolver
              Serial Number: 530-02772

        (4)     Norinco (North China Industries) 762mm rifle
              Serial Number: 9339385

        (5)     DSA Inc. rifle
              Serial Number: 25593

        (6)     Lead Star Arms LLC Grunt-15 rifle
              Serial Number: SG01475

        (7)     Arex, model Rex Zero 1S, 9mm pistol
              Serial Number: A01552

(8)    Sig-Sauer, model P226, .357 caliber pistol
       Serial Number: 47A042510

(9)    Remington Arms Company, Inc., model 870, 12 gauge shotgun
       Serial Number: RS73047E

(10)   Springfield Armory 30 M1 rifle
       Serial Number: 5882936

(11)   Glock, model GMBH 20, 10mm pistol
       Serial Number: BPMU945

(12)   FNH USA, model FNP-45, .45 caliber pistol
       Serial Number: 61DZZ13327

(13)   Rock Island Armory Inc. pistol
       Serial Number: RIA2345614

(14)   CZ 82 9mm pistol (Ceska Zbrojovka)
       Serial Number: 092655CZ

(15)   Walther, model PDP, 9mm pistol
       Serial Number: FDF4113

(16)   Shadow Systems, LLC, model, DR920. 9mm pistol
       Serial Number: SSX008968

(17)   Palmetto State Armory, model Dagger Compact, 9mm pistol
       Serial Number: FG028965

(18)   KelTec, model PMR-30, .22 caliber pistol
       Serial Number: W4P20

(19)   Glock, model 22C, .40 caliber pistol
       Serial Number: ABKK955

(20)   Unknown Manufacturer rifle
       Serial Number: None

(21)   Smith & Wesson pistol
       Serial Number: NCP6386

Accessories:

 MCK-Micro Conversion Kit for Glock, model 22, pistol

3

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE Bill



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Carrie A. Fisher Sherard (Fed. ID # 10134)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-282-2100
Fax:    864-233-3158
Email: carrie.a.fisher@usdoj.gov

4