IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO.: 8:22-cr-704-DCC-1 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | |
| vs. | ) | |
| | ) | **ELEMENTS AND PENALTIES** |
| | ) | |
| **ROBERT ADAM JOLLEY** | ) | |

## COUNT 1

1. The defendant was not licensed to deal [import] [manufacture] firearms; and
2. The defendant willfully engaged in the business of dealing [importing] [manufacturing] firearms.

IMPRISONMENT FOR   0-5 years

FINE OF $  250,000

SUPERVISED RELEASE OF   3 years

SPECIAL ASSESSMENT  $   100